UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☒ 4th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Michael Lynn Jones      JOINT DEBTOR: _____      CASE NO.: 21-17290-PDR

SS#: xxx-xx- 0068      SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $4,148.43 for months 1 to 1 ;
2. $3,887.60 for months 2 to 9 ;
3. $640.98 for months 10 to 60 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $4,500.00 | Total Paid: $0.00 | Balance Due: $4,500.00 |
| Payable $500.00 /month (Months 1 to 9 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$4,500 for Attorney Fees

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

III. **TREATMENT OF SECURED CLAIMS**   ☐ NONE
  A. **SECURED CLAIMS:**   ☒ NONE
  B. **VALUATION OF COLLATERAL:**   ☒ NONE
  C. **LIEN AVOIDANCE**   ☒ NONE
  D. **SURRENDER OF COLLATERAL:**   ☒ NONE
  E. **DIRECT PAYMENTS**   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**   ☐ NONE

A. Pay  $0.00  /month (Months  1  to  9  )

Pay  $582.71  /month (Months  10  to  60  )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. SEPARATELY CLASSIFIED:  ☐ NONE

1. Name of Creditor: WDF-4 Wood Harbor Park Owner, LLC/ 10x Living Fort Lauderdale, Ft Lauderdale 310 LLC

   Payment Address: 1919 SE 10th Ave Fort Lauderdale, FL 33316-2992

   Last 4 Digits of Account No.: N/A

   Basis for Separate Classification: Monthly lease payment for month one pro rated to $237.12 for July and added into the payment for August, and regular monthly payments of $2404.00 for months 2 through 9 which pays throught the lifetime of the lease (April ,2022) pursuant to the forthcoming order granting the Motion to Separately classify, heard on December 6, 2021.

   Payable  $2,641.12  /month (Months  1  to  1  )

   Payable  $2,404.00  /month (Months  2  to  9  )

2. Name of Creditor: WDF-4 Wood Harbor Park Owner, LLC/ 10x Living Fort Lauderdale, Ft Lauderdale 310 LLC

   Payment Address: 1919 SE 10th Ave Fort Lauderdale, FL 33316-2992

   Last 4 Digits of Account No.: N/A

   Basis for Separate Classification: Curing lease residential deficiency of $5,671.64 per claim #13-1

   Payable  $630.18  /month (Months  1  to  9  )

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **STUDENT LOAN PROGRAM**  ■ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ☐ NONE

Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ Unless provided for under a separate section, the debtor(s) request that upon confirmation of this plan, the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors/lessors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Collateral | Acct. No. (Last 4 Digits) | Assume/Reject |
|---|---|---|---|---|
| 1. | Fort Lauderdale 310 LLC<br>1919 SE 10th Ave<br>Fort Lauderdale, FL 33316-2992 | Residential lease | | ■ Assume  ☐ Reject |
| 2. | NPRTO Georgia LLC<br>256 W Data Drive<br>Draper, UT 84020 | Lease purchase agreement - Electronic accessories | 7228 | ☐ Assume  ■ Reject |
| 3. | NPRTO Georgia LLC<br>256 W Data Drive<br>Draper, UT 84020 | Lease purchase agreement - Electronic headphones | 7680 | ☐ Assume  ■ Reject |

VIII. **INCOME TAX RETURNS AND REFUNDS:**  ■ NONE

IX. **NON-STANDARD PLAN PROVISIONS**  ☐ NONE

■ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Month one regular payment to WDF-4 Wood Harbor Park Owner, LLC/ 10x Living Fort Lauderdale, Ft Lauderdale 310 LLC includes pro rated amount of $237.12 for July and is added into the regular payment for August, 2021

☐ Mortgage Modification Mediation

Debtor(s): Michael Lynn Jones    Case number: 21-17290-PDR

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/                                      Debtor     December 6, 2021                                    Joint Debtor
Michael Lynn Jones                                  Date                                                                 Date

/s/ Chad T. Van Horn, Esq.         December 6, 2021
Attorney with permission to sign on    Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**